MICHAEL K BRISBIN (SBN 169495)
DENNIS RHODES (SBN 168417)
LISA PASSALACQUA (SBN 161990)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Email: michael.brisbin@wilsonelser.com
Telephone:   415.433.0990
Facsimile:    415.434.1370

Attorneys for Plaintiff
**THE VARIABLE ANNUITY LIFE INSURANCE COMPANY**

# UNITED STATE DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### REDDING DIVISION

| | |
|---|---|
| THE VARIABLE ANNUITY LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>MARGARET ANITA HESS, JASON PAUL COPELAND, JR., DONNA M. ENGSTROM, ESTATE OF JIMMY COPELAND, CORY COPELAND, CAMAY COPELAND and MELISSA COPELAND,<br><br>                    Defendants. | Case No. 2:18-CV-02502-KJM-AC<br><br>**ORDER ON THE JOINT STIPULATION TO PAY THE REMAINING ANNUITY BENEFIT, RELEASE OF CLAIMS, AND DISMISS THIS CASE WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN COSTS AND FEES** |

The Court having reviewed the Joint Stipulation of Plaintiff The Variable Annuity Life Insurance Company, and Defendants Margaret Anita Hess, Jason Paul Copeland, Jr., and Donna M. Engstrom, and finding good cause, based on the agreed upon facts, court documents, representations, and terms, in the Joint Stipulation, hereby **ORDERS** as follows:

1. Defendants Hess, JP, and Engstrom, and each of them, for themselves, their administrators, beneficiaries, assigns, successors, predecessors, heirs, representatives, agents, and attorneys, release and forever discharge VALIC and each of its agents,

1

servants, employees, subsidiaries, parents, affiliates, directors, officers, administrators, predecessors, representatives, attorneys, fiduciaries, and assigns, and each and every one of them, from any and all claims, actions, demands, damages, expenses, costs, fees, expenses, and compensation, whatsoever arising from or related to VALIC annuity contract numbers 0669 and 7143, the remaining 40% annuity benefit due and owing under VALIC annuity contract numbers 0669 and 7143, whether known or unknown, anticipated or unanticipated, past, present or future, and whether or not ascertainable at the time of their execution of this Joint Stipulation, including any and all potential claims, or claims, under California Civil Code Section 1542, which reads:

**A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

2. VALIC shall pay the remaining 40% annuity benefit due and owing from VALIC annuity contract numbers 0669 and 7143, *within 10 business days of receipt of this signed Order*, as follows: **34% to Margaret Anita Hess**; **33% to Jason Paul Copeland, Jr.**, and **33% to Donna Engstrom**.

3. VALIC'S payment of the remaining 40% due and owing under VALIC annuity contract numbers 0669 and 7143, shall satisfy and extinguish every VALIC obligation and duty owed to Defendants Hess, JP, and Engstrom, under VALIC annuity contract numbers 0669 and 7143, and Defendants Hess, JP and Engstrom shall have no further claim against VALIC, and/or upon the 40% remaining annuity benefit payable from annuity contract numbers 0669 and 7143.

4. VALIC and Defendants Hess, JP, and Engstrom, shall each bear their own costs and attorney fees, if any exist, whether incurred or expended, with respect to each and every aspect of the filed Complaint in Interpleader in the United States District Court in the Eastern District of California, Redding Division, case number 2:18-cv-02502-KJM-AC;

2

Order on the Joint Stipulation to Pay the Remaining Annuity Benefit, Release of Claims, and Dismiss this Case with Prejudice, Each Part to Bear its own Costs and Fees
Case No.: 2:18-CV-02502-KJM-AC

any issue with VALIC annuity contract numbers 0669 and 7143, or their consultation with/representation by a legal professional regarding the same; plus any pre-litigation and litigation work related to the filed complaint and/or VALIC annuity contract numbers 0669 and 7143, including but not limited to, drafting, reviewing and/or amending this Joint Stipulation.

5. Upon receipt of the remaining 40% due and owing under annuity contracts 0669, and 7143, as set forth above, this action, case number 2:18-cv-02502-KJM-AC, is dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: December 18, 2018.

_____
UNITED STATES DISTRICT JUDGE