MICHAEL K BRISBIN (SBN 169495)
DENNIS RHODES (SBN 168417)
LISA PASSALACQUA (SBN 161990)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Email:  michael.brisbin@wilsonelser.com
Telephone:    415.433.0990
Facsimile:    415.434.1370

Attorneys for Plaintiff
**THE VARIABLE ANNUITY LIFE INSURANCE COMPANY**

# UNITED STATE DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# REDDING DIVISION

| | |
|---|---|
| THE VARIABLE ANNUITY LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARGARET ANITA HESS, JASON PAUL COPELAND, JR., DONNA M. ENGSTROM, ESTATE OF JIMMY COPELAND, CORY COPELAND, CAMAY COPELAND and MELISSA COPELAND,<br><br>Defendants. | Case No. 2:18-CV-02502-KJM-AC<br><br>**ORDER ON THE PARTIES' JOINT STIPULATION TO DISMISS THIS CASE WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN COSTS AND FEES** |

Before the Court is the Parties' Joint Stipulation to dismiss this case with prejudice, each party to bear its own costs and fees. The Court, having reviewed the Joint Stipulation, plus the Court file, and finding good cause, hereby dismisses this case with prejudice. Each party is to bear its own costs and fees.

**IT IS SO ORDERED**.

DATED: January 28, 2019.

_____
UNITED STATES DISTRICT JUDGE

1
ORDER ON THE PARTIES' JOINT STIPULATION TO DISMISS THIS CASE WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN COSTS AND FEES
Case No.:  2:18-CV-02502-KJM-AC
2152728v.1